UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TYRONNE WELLS (#397072)

VERSUS

CINDY VANNOY

CIVIL ACTION

NO. 10-821-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Steven C. Riedlinger dated June 20, 2011 (doc. no. 43) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendant's motion to dismiss is GRANTED IN PART, dismissing all of the plaintiff's claims except the plaintiff's claim that Vannoy improperly rejected the book *Pimpology* in violation of his constitutional rights. Further, the court declines to exercise supplemental jurisdiction over any state law claim. This matter is referred back to the Magistrate Judge for consideration of the amended complaint.

Baton Rouge, Louisiana, this 13th day of July, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA