UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TYRONNE WELLS (#397072)

VERSUS

CINDY VANNOY

CIVIL ACTION

NO. 10-821-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Stephen C. Riedlinger dated July 31, 2012 (doc. no. 97). The plaintiff filed an objection which essentially restates his prior argument and has been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's motion for summary judgment is DENIED, the defendant's motion for summary judgment is GRANTED, and this action is DISMISSED.

Baton Rouge, Louisiana, this 6th day of September, 2012.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE